UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| RICARDO M. GONZALEZ,<br><br>　　　　　　Petitioner,<br>v.<br>JEANNIE WOODFORD,<br>　　　　　　Respondent. | ) CV SA 06-927-PSG (SH)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 11/24/08

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1